No. 556. CITIES SERVICE GAS CO. *v.* FEDERAL POWER COMMISSION ET AL. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Donald C. McCreery, Paul W. Lee, George H. Shaw* and *Glenn W. Clark* for petitioner. *Acting Solicitor General Washington, Melvin Richter, David M. Proctor* and *Louis E. Clevenger* for respondents.

No. 559. HUNTINGTON BEACH *v.* DENIO ET AL. November 12, 1946. Petition for writ of certiorari to the District Court of Appeal, Fourth Appellate District, of California, denied. *Walter O. Schell* for petitioner. *George P. Taubman, Jr.* for respondents.

No. 560. DIXI-COLA LABORATORIES, INC. ET AL. *v.* COCA-COLA CO.; and

No. 561. COCA-COLA CO. *v.* DIXI-COLA LABORATORIES, INC. ET AL. November 12, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *W. Hamilton Whiteford* for petitioners in No. 560. *John A. Sibley* and *Charles Ruzicka* for the Coca-Cola Co. Reported below: 155 F. 2d 59.

No. 563. BARLOW *v.* FEDERAL LAND BANK OF BERKELEY. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *J. D. Skeen* for petitioner. *Richard W. Young* for respondent.